UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CONKLING, | No. 2:18-cv-02385-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| FEDERAL NATIONAL MORTGATE ASSOCIATION, et al., | |
| Defendants. | |

Presently before the Court is a Motion to Dismiss (ECF No. 5) Plaintiff's Complaint. Given Plaintiff's Statement of Limited Opposition, (ECF No. 7), that Motion is GRANTED. Not later than twenty (20) days following the date this Order is electronically filed, Plaintiff may (but is not required to) file an amended complaint. If no amended complaint is timely filed, this action will be deemed dismissed with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1